**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES D. OFELDT, | 3:10-cv-00534-ECR-VPC |
| Plaintiff, | |
| vs. | **Order** |
| STATE OF NEVADA, et al., | |
| Defendants. | |

On December 22, 2011, Plaintiff filed a "Request for Review by District Court Judge, Pursuant to Rule 72(a) Fed. R. Civ. P. and 28 U.S.C. §636(b)(1)" (#56). In that Motion (#56), Plaintiff requests that we review the Magistrate Judge's ruling on his motion to compel (#44) and reconsider that ruling. The Magistrate Judge held a hearing on December 9, 2011, and granted in part and denied in part (#54) Plaintiff's motion to compel (#44). The Magistrate Judge ruled that several answers to interrogatories stand, and that certain Defendants must supplement their answers.

Plaintiff has shown no basis on which to overrule the Magistrate Judge's rulings on non-dispositive discovery matters. Without a showing that the Magistrate Judge's rulings were clearly erroneous or contrary to the law, or that there is new evidence, we decline to overturn those rulings.

**IT IS, THEREFORE, HERBY ORDERED** that Plaintiff's Motion (#56) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Request a Ruling (#77) is **DENIED** as moot.

DATED: May 16, 2012.

_____
UNITED STATES DISTRICT JUDGE

2